# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00117-CV

### Kyle McCarrell, Appellant

### v.

### Cici's Pizza a/k/a Cici's Enterprises a/k/a JMC Restaurant Distribution Inc., Appellee

---

**FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
NO. 19-0841, THE HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

This Court abated this appeal in 2021 following notice of a related bankruptcy. *See* Tex. R. App. P. 8.1, 8.2. Since the abatement, no party to this appeal sought reinstatement. *See id.* R. 8.3. After being informed that the bankruptcy case related to this appeal is closed,[1] this Court's clerk notified the parties that this appeal would be dismissed for want of prosecution unless they filed a status report on or before October 21, 2024, providing reason to retain the appeal. *See id.* R. 42.3(b), (c). To date, no response has been filed. Accordingly, we reinstate the appeal and dismiss it for want of prosecution.

_____

Darlene Byrne, Chief Justice

---

[1] We considered this appeal as part of an ongoing review of cases that were abated for bankruptcy but did not reflect a final disposition or current status report from the parties.

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed for Want of Prosecution

Filed:   October 29, 2024